Beginning Rough Draft

Copy & Save & Return
By mail to Address
to the left

Gene E. Salois
Victum of Corruption ←
1811 S 7th ST W
Missoula MT. 59801

MAY 19 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE FEDERAL COURT OF RECORD
IN THE STATE OF MONTANA
201 E MAIN
Missoula MT. 59802

# COMPLAINT

| | |
|---|---|
| Gene Etienne Salois | DEPT. Missoula Co |
| Plaintiff | Sheriff's |
| vs | Missoula Police |
| William Haney | DEPT. |
| Matt Jennings | Multiple Business |
| Judge Landee Holloway | CAUSE NO. |
| Judge Alex Beal | CR-610-2025-0001597 |
| Missoula Police - | MPD 2025-17064 |
| Officier McGregor | |
| Other Assisting Officier | Complaint/Lawsuit |
| Multiple Businesses | |
| Defendants | |

All Defendants Along with other deputies

①

Missoula Police Department with all Policemen
  a) arrest record reviewed by Constitutional based attorneys or competant para legals ETC
    1) all illegal arrests made by any on or off duty officier, will be subject to the constional courts decision for full restitution. First by the officiers personal equity, assets, land, liquid bank deposits, IRAs, home, automobiles ETC
      a) this relieves the TAX BURDEN of the TAXPAYER
    2) If arrests exceed the law and the courts find any officier guilty of District court or Federal court violation, then inmate pays back restitution, working six (6), twelve (12) hr days at a comperable wage distributed to the victom or victoms involved.
      a) officier/inmate will get one full 24 hour day off which will be Saturday, the sabbath of each week for rest.

②

b) All doctors, nurces, thearpists, or any licensed individuals that take oaths of office or career specialities dealing with the care of a patient or inmate and it is or Her medical/Dental/or mental state of being must list the patient or inmate as first priority.
  1) These public servants, law enforcement, judicial review and judgement sentenceings must conform to The Constitution of the United States of America and to its Bill of Rights!
  2) This includes any and all corporate and/or non corporate forms of governmental contracted or non contracted adhearence to Tax payer monies collected by government levies, land tax, luxuary tax, or any tax imposed by any governmental Agency.
     a) This also applies to any licensed or non licensed business that works or uses these tax monies such as
        1) Partnerships, Limited liability companies, Domestic Trusts Drafted by licensed Attornies, certified Public Accounts, unincorporated Business Trust organizations, Forien Business Trust organizations, or any and all forms of Business using tax pavor's

③

monies for their business operations of any sort or kind.

2) Any business or individual failing to use said tax monies in a benefitual way to benefit the taxpayers burden of opportunities to improve the citizens of this great country, local or district, city or county, Native American reserves, hiways biways, bridges, National parks, or any and all National defense systems that are operational, or in design or construction thereof, secret or open to public.

3) All security of all United States lands, states, offshore islands, embasies, or tax funded bases around this entire world is top priority.

   a) Certain functions involving any U.S. governmental armed forces, land, sea, air, space and deep space explorations or call for war will be handled in and by rank and order of all involved, for the well being of all United States citizens not incarcerated or serving restitution to their victoms

4) This takes one of 3 things - Simplicity, Simplicity or SIMPLICITY to solve all that is needed for & by the people

④

Inmate: 2173?5
Missoula County Detention Facility
2340 Mullan Road
Missoula MT 59808

(under duress)

LEGAL MAIL

C/H

Judge Donald Molloy
201 E Main St.
Missoula, MT. 59802

LEGAL MAIL

